FILED
CLERK, U.S. DISTRICT COURT

OCT 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: CR 10 - 759 - PA
                     Plaintiff, )
            v. )   ORDER OF DETENTION
CARLOS ALBERTO MARES )   (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))
                Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___

District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  • UNKNOWN PERSONAL HISTORY

  • UNKNOWN BAIL RESOURCES

  • IMMIGRATION STATUS UNDOCUMENTED

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18

5         U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:   10/18/12

16                              HONORABLE DAVID T. BRISTOW
                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2